IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED
SEP 2 8 2006
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| LATRINA LONG-JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-05-1414-W |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 5, 2006, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this matter and recommended that the Court affirm the decision of the defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration ("Commissioner"), denying plaintiff Latrina Long-Jones supplemental security income. Long-Jones was advised of her right to object to Magistrate Judge Roberts' Report and Recommendation, but she has filed no objections within the allotted time.

Upon review, the Court concurs with Magistrate Judge Roberts' suggested disposition of this matter and her recommendation that the Commissioner's final decision be affirmed. The Court finds the Commissioner's factual findings are supported by substantial evidence in the record and further finds that the Commissioner applied the correct legal standards.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued in this matter on September

5, 2006;

(2) AFFIRMS the Commissioner's decision to deny Long-Jones' Application for Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 28th day of September, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE